IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION



MARY D. COOPER,                                                                    Plaintiff,

vs.                                    Case No.: _13-6047_

FRED'S STORES OF TENNESSEE, INC.
d/b/a FRED'S STORE #1045,                                                          Defendant.

## NOTICE OF REMOVAL

Defendant Fred's Stores of Tennessee, Inc., a Tennessee corporation, defendant in the above-referenced cause, which was originally filed as Cause No. 10CV-13-48 in the Circuit Court of Clark County, Arkansas, with full reservation of all rights, including the reservation of all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other procedural and substantive defenses to the alleged claims of Plaintiff Mary Cooper ("Plaintiff"), does hereby give notice of removal of this action to the United States District Court for the Western District of Arkansas, Hot Springs Division, and respectfully states as grounds for removal the following:

1.

Plaintiff is an adult resident citizen of the State of Arkansas, as shown by the Complaint that is attached hereto as Exhibit "A".

2.

Defendant Fred's Stores of Tennessee, Inc. is a corporation organized under the laws of the State of Tennessee with its principal place of business in the State of Tennessee, as shown by the attached Exhibit "A" Plaintiff Mary Cooper is an adult resident citizen of the State of Arkansas, as also shown by the attached Exhibit "A". Complete diversity of citizenship exists between Plaintiff and Defendant, as is also shown by the Complaint that is attached hereto as Exhibit "A".

3.

This Court has original jurisdiction over this action under 28 U.S.C. §1332 because complete diversity of citizenship existed between Plaintiff and Defendant at the time the Complaint was filed and such complete diversity of citizenship exists at present. The alleged amount in controversy in this case exceeds the sum or value of $75,000.00 (Seventy-Five Thousand Dollars), exclusive of interest and costs, as Plaintiff demands damages well in excess of the requisite jurisdictional amount, as is also shown by the attached Exhibit "A". This action may, therefore, be properly removed pursuant to 28 U.S.C. §1441.

4.

A copy of the Complaint that is Exhibit "A" hereto was served upon Defendant by counsel for Plaintiff, by personal service of Defendant's Registered Agent, on or about April 30, 2013. 28 U.S.C. §1446(b) requires an action to be removed within thirty (30) days of receipt by a defendant through service or otherwise of a copy of the initial pleading setting forth the claim for relief. Therefore, the filing of this Notice of Removal is timely.

5.

Venue for this removal is proper as the Circuit Court of Clark County, Arkansas, is located within the district and division of this Court.

6.

Defendant is this date giving written notice of the filing of this Notice of Removal to all parties and is this date filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Clark County, Arkansas. Defendant will also promptly file with this Court a complete copy of the state court file on this matter, certified as such by the Clerk of the state court.

WHEREFORE, Defendant prays that this Notice of Removal be deemed good and sufficient and that the aforesaid action be removed from the Circuit Court of Clark County, Arkansas, to the United States District Court for the Western District of Arkansas, Hot Springs Division, for all further proceedings.

Respectfully submitted,

DEFENDANT FRED'S STORES OF TENNESSEE, INC.

BY: _____
RICHARD D. UNDERWOOD
MSB# 8533 TNB#014515 ARB# 2006137
ATTORNEY FOR DEFENDANT
UNDERWOOD / THOMAS, P.C.
9037 Poplar Avenue, Suite 101
Memphis, Tennessee 38138
rdu@underwoodthomas.com
901-818-3133/901-818-3134 (Fax)

CERTIFICATE OF SERVICE

    I, RICHARD D. UNDERWOOD, attorney for Defendant, do hereby certify that I have this day caused to be mailed, postage prepaid, a true and correct copy of the above and foregoing document to:

> Ms. Martha Smith
> Clark County Circuit Court Clerk
> PO Box 576
> Arkadelphia, AR 71923

and

> Mr. Peter Miller
> The Law Offices of Peter Miller, PA
> 1601 Broadway
> Little Rock, AR 72206

Dated: _____5-2-13_____

_____
RICHARD D. UNDERWOOD