IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARY D. COOPER                                                                                    PLAINTIFF

v.                                              CASE NO. 13-6047

FRED'S STORES OF TENNESSEE,
INC. d/b/a FRED'S STORES #1045                                                          DEFENDANT

## ORDER

Before the Court is the Parties' Joint Motion for Voluntary Dismissal Without Prejudice (doc. 7). The parties consent to dismissal of this case without prejudice with all costs assessed to Plaintiff. Accordingly, the Court finds the motion is well-taken and should be GRANTED. The above-styled case is hereby **DISMISSED without prejudice.**

IT IS SO ORDERED this 17th day of May 2013.

 */s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**